IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALTON SCOTT MOODY**                                                                    **PETITIONER**

v.                              **CASE NO. 5:15CV00355 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia Harris [Doc. No. 10] and Alton Moody's objections [Doc. No. 11] have been reviewed.  After a review of the entire record, the RD is adopted.

Therefore, Moody's petition [Doc. No. 1] is dismissed with prejudice.  A certificate of appealability will not issue.

IT IS SO ORDERED this 11th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE